▬ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH BARRETT, Appellant. [929 NYS2d 786]—

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Rivera, Dickerson, Chambers and Roman, JJ., concur.